IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 98-00591 SOM |
|---|---|---|
| Plaintiff, | ) | ORDER DENYING DEFENDANT STEVEN BROOKS'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| vs. | ) | |
| STEVEN BERNARD BROOKS, | ) | |
| Defendant. | ) | |

**ORDER DENYING DEFENDANT STEVEN BROOKS'S
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

This court has reviewed Defendant Steven Brooks's Motion for Early Termination of Supervised Release. That motion is denied, without prejudice to the renewal of the motion at a later date.

This court recognizes that Brooks has been progressing positively, and that is to his credit. However, the record is insufficient to support a conclusion that he no longer requires supervision.

Brooks has been on supervised release for about a year and a half, following 17 and a half years of incarceration. It is too soon to tell whether he can maintain his law-abiding lifestyle indefinitely. The court expresses this concern especially in light of his serious criminal history. While the court recognizes that adjudications when he was much younger may not reflect who he is today, his criminal history includes repeated involvement with drugs. For example, he used drugs while on

parole in connection with a prior drug conviction, and resumed drug distribution within a few years after being discharged from parole.  The court is encouraged by his recent conduct, but concludes that further supervision is warranted.  If Brooks can persuade a different United States Probation Office to assume his supervision, this court will promptly consider his request that supervision be transferred so that he may pursue more employment opportunities.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, June 8, 2017.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States of America v. Steven Bernard Brooks, CRIMINAL NO. 98-00591 SOM, ORDER DENYING DEFENDANT STEVEN BROOKS'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE